```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN
```

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )
                                )
         v.                     )      Criminal No. 2017-24
                                )
SHALICA BAXTER, STEVEN BAXTER   )
                                )
              Defendant.        )
                                )

**ATTORNEYS:**

**Jocelyn Hewlett, Acting United States Attorney**
**Everard E. Potter, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
    *For the United States of America,*

**Omodare Jupiter, FPD**
**Brendan A. Hurson, AFPD**
Office of the Federal Public Defender
St. Thomas, U.S.V.I.
    *For Shalica Baxter,*

**Edgar L. Sanchez-Mercado**
San Jaun, PR
    *For Steven Baxter.*


## <u>ORDER</u>

**GÓMEZ, J.**

    Before the Court is the application of Steven Baxter ("Baxter") to waive his speedy trial. For the reasons stated

herein, the time to try this case is extended up to and including May 31, 2018.

While the Speedy Trial Act requires that defendants be tried within seventy days of indictment, the Court specifically finds that extending this period would be in the best interest of justice for several reasons. First, at an April 19, 2017, hearing in this matter, Baxter's counsel indicated that he had only recently discovered that there may be alibi witnesses that could testify for Baxter. As such, an extension is necessary to allow Baxter time to investigate these witnesses. Second, Baxter made his request with the advice and consent of counsel. Third, without an extension, Baxter would be denied reasonable time necessary to explore plea options and prepare for trial.

Consistent with these concerns, the United States Court of Appeals for the Third Circuit has recognized that "whether or not a case is 'unusual' or 'complex,' an 'ends of justice' continuance may in appropriate circumstances be granted." *United States v. Fields*, 39 F.3d 439, 444 (3d Cir. 1994); *United States v. Dota*, 33 F.3d 1179(9th Cir. 1994) ("An ends of justice continuance may be justified on grounds that one side needs more time to prepare for trial [even if the] case [i]s not 'complex.'"); *see also United States v. Lattany*, 982 F.2d 866, 883 (3d Cir. 1992) ("[T]he district court did not abuse its

*United States v. Baxter, et al.*
Criminal No. 2017-24
Order
Page 3

discretion when it delayed the trial to give counsel . . . opportunity to . . . decid[e] upon and prepar[e] an appropriate defense."); *United States v. Brooks*, 697 F.2d 517, 522 (3d Cir. 1982) (holding there was no abuse of discretion where district court found that multiple count, multiple defendant "case was complex and required additional time for adequate preparation.").

    The premises considered; it is hereby

    **ORDERED** that the time beginning from the date of this order granting an extension through May 31, 2018, shall be excluded in computing the time within which the trial for Steven Baxter must be initiated pursuant to 18 U.S.C. § 3161.

S\_____
**Curtis V. Gómez**
**District Judge**