# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:17-cr-0024 |
| ) | |
| **STEVEN BAXTER,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the magistrate judge recommending that the Court accept Steven Baxter's ("Baxter") plea of guilty (ECF No. 220) to Count One of the Indictment. After conducting a *de novo* review of the record and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Court finds that Baxter entered his guilty plea knowingly and voluntarily, and that there was a factual basis for the plea. The Court, therefore, will accept the Report and Recommendation and find Baxter guilty as to Count One of the Indictment. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation (ECF No. 220) is **ACCEPTED;** it is further

**ORDERED** that Defendant Steven Baxter's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Baxter is adjudged **GUILTY** on that count; it is further

**ORDERED** that pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than April 8, 2021; it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than April 22, 2021; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than May 13, 2021; it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than May 27, 2021; it is further

*USA v. Baxter*
Case No. 3:17-cr-0024
Order
Page **2** of **2**

   **ORDERED** that a sentencing hearing shall be held on **June 3, 2021 at 9:30 A.M. in St. Thomas Courtroom 1**; it is further

   **ORDERED** that, to the extent that Baxter wishes that his sentencing be held via video-teleconferencing technology, that he file an appropriate motion no later than May 27, 2021.


**Dated:** February 12, 2021        */s/ Robert A. Molloy*
                      **ROBERT A. MOLLOY**
                      **District Judge**